IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 01-20226 G A |
| ) | 18 USC 2422(b) |
| DENNIS LESLIE McCALL ) | 18 USC 2423(b) |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about June 14, 2001 and on or about August 24, 2001, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------------- DENNIS LESLIE McCALL-------------------------------------

used, and caused to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "instant messages" and "electronic mail"(e-mail) messages, over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a 13 year old female individual to engage in a sexual act, that is, sexual intercourse; such sexual conduct then constituting a prosecutable criminal offense under Tennessee Code Annotated, Section 39-13-506; all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

## COUNT 2

On or about August 24, 2001, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------------------- DENNIS LESLIE McCALL-------------------------------------

traveled in interstate commerce, from the Western District of the State of Tennessee to the State of Mississippi, for the purpose of engaging in a sexual act, that is, sexual intercourse as such "sexual act" is defined by Title 18, United States Code, Section 2246(2)(A), (B) and (C), with a 13 year old female individual; such conduct being violative of Chapter 109A [specifically 18 U.S.C. § 2243(a)] had the said sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

s/Grand Jury Foreman
FOREPERSON

_____
UNITED STATES ATTORNEY

9-5-01
DATE

G.J. #9644

No. _____

# UNITED STATES DISTRICT COURT

WESTERN   *District of*   TENNESSEE

WESTERN   *Division*

## THE UNITED STATES OF AMERICA

vs.

DENNIS LESLIE McCALL

## INDICTMENT

a true bill.   s/Grand Jury Foreman
_____ *Foreman*

Filed in open court this  5th  day,
of  Sept  A.D. 2001
m. Thomas
_____ *Clerk*

Bail, $ _____

ctbk.wpf
NY 4/99)