UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY UP D.C.

02 MAR 25 PM 3: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.   No. 2:01CR20226-001

DENNIS L. MCCALL

## ORDER MODIFYING CONDITIONS OF RELEASE

This Cause came to be heard on the _____ day of _____ upon the request of the Defendant to be removed from electronic monitoring. It appearing to the Court, upon statements of Counsel, that Pre-Trial Services has no objections.

IT IS ADJUDGED AND DECREED that conditions of release are hereby modified and Defendant is removed from electronic monitoring and that Pre-Trial Services is authorized to remove monitoring devise. Further, that all other conditions of release remain in full force and effect.

_____
JUDGE

March 25, 2002
DATE

APPROVED BY:

_____
Leslie I. Ballin, Esq.
Attorney for Defendant


_____
United States Assistant Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 3-26-02

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:01-CR-20226 was distributed by fax, mail, or direct printing on March 26, 2002 to the parties listed.

Dan Newsom
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103

Dennis Leslie McCall
511 Grassmeade
Cordova, TN 38018

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Avenue
Ste. 1250
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT